# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| PATRICK EDWARD MANSFIELD | : |
| | : |
| DEBTOR. | : BANKRUPTCY NO. 08-11648 SR |

# ORDER

**AND NOW,** upon consideration of the Motion for Review and Disgorgement of Attorney Compensation Pursuant to 11 U.S.C. § 329 by the United States Trustee ("Motion") and after hearing with notice, it is hereby:

**ORDERED,** the for the reasons set forth in the Court's Opinion, dated September 16, 2008 on the Motion, the Motion is hereby **DENIED.**  Debtor's counsel is instructed to conform his practice to the directive of the within Opinion henceforth.

By the Court:

*Stephen Raslavich*

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: October 2, 2008

COPIES TO:

<u>United States Trustee/ Movant</u>
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

<u>Debtor's Counsel/ Respondent</u>
John Francis Murphy, Esquire
P.O. Box 657
Doylestown, PA 18901-0657

<u>Courtroom Deputy</u>
Nancy Mulvehill